UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LE CHEN,

    Plaintiff,

v.

LANSING POLICE DEPARTMENT,
et al.,

    Defendants,
_____/

Hon. Paul L. Maloney

Case No. 1:19-cv-00651

## **ORDER DENYING *IN FORMA PAUPERIS* PETITION**

This matter is before the Court on plaintiff's application to proceed without prepayment of fees. (ECF No. 2). Plaintiff's application indicates that he has approximately $3,470.00 per month in discretionary income. (*See* ECF No. 2, PageID.15-19). Plaintiff also states that he has a combined $14,000.00 in his bank account and/or on hand. (*Id.* PageID.16). Based on this information, plaintiff has failed to demonstrate an inability to pay the full filing fee, as is required by Local Rule 3.4(b). Accordingly, plaintiff's application to proceed in forma pauperis (ECF No. 2) is **DENIED**. Accordingly,

**IT IS ORDERED** that plaintiff shall pay the $400.00 filing fee no later than September 16, 2019. Failure to timely pay the filing fee will result in a dismissal of this case.

**IT IS SO ORDERED**.


Date: August 19, 2019                            /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge