UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LE CHEN, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 1:19-cv-651 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| CITY OF LANSING, *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   August 6, 2021            /s/  Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge